1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9               FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                      January 2016 Grand Jury

11   UNITED STATES OF AMERICA,        CR No. 16- R16-0320

12              Plaintiff,            I N D I C T M E N T

13              v.                    [31 U.S.C. § 5324(a)(3):
                                      Structuring of Currency
14   WASHINGTON BRYAN II,             Transactions]

15              Defendant.

16

17        The Grand Jury charges:

18                 COUNTS ONE through TWENTY-NINE

19                    [31 U.S.C. § 5324(a)(3)]

20        1.   At all times relevant to this Indictment, defendant

21   WASHINGTON BRYAN II ("BRYAN") maintained sole signatory authority

22   over the following bank accounts, among others: a JP Morgan Chase

23   Bank account ending in numbers 7857 ("JPM Account 1"); a JP Morgan

24   Chase Bank account ending in numbers 0172 ("JPM Account 2"); a Union

25   Bank account ending in numbers 8956 ("the UB Account"); and a Bank of

26   America account ending in numbers 3817 ("the BofA Account").

27        2.   On or about the following dates, in Los Angeles County,

28   within the Central District of California, and elsewhere, defendant

BRYAN knowingly and for the purpose of evading the reporting requirements of Title 31, United States Code, Section 5313(a), and the regulations promulgated thereunder, structured, assisted in structuring, and attempted to structure and assist in structuring, the following currency transactions, namely, cash deposits, with domestic financial institutions:

| COUNT | DATE | TRANSACTIONS | TOTAL |
|---|---|---|---|
| ONE | 10/17/2011 | Deposits of $5,100 into the UB Account and $7,400 into JPM Account 1. | $12,500 |
| TWO | 11/14/2011 | Deposits of $7,900 into the UB Account, $9,800 into the BofA Account, and $7,400 into JPM Account 1. | $25,100 |
| THREE | 11/21/2011 | Deposits of $8,000 into the UB Account, $9,500 into the BofA Account, and $8,000 into JPM Account 1. | $25,500 |
| FOUR | 12/1/2011 | Deposits of $5,000 into the UB Account and $8,000 into JPM Account 1. | $13,000 |
| FIVE | 12/14/2011 | Deposits of $9,000 into the UB Account, $9,000 into the BofA Account, and $9,000 into JPM Account 1. | $27,000 |
| SIX | 12/27/2011 | Deposits of $9,000 into the UB Account, $7,000 into the BofA Account, and $9,000 into JPM Account 1. | $25,000 |
| SEVEN | 12/28/2011 | Deposits of $9,000 into the UB Account, $7,600 into the BofA Account, and $9,000 into JPM Account 1. | $25,600 |
| EIGHT | 1/11/2012 | Deposits of $8,500 into the UB Account, $9,000 into the BofA Account, and $8,500 into JPM Account 1. | $26,000 |

| | | | |
|---|---|---|---|
| NINE | 1/20/2012 | Deposits of $7,000 into the UB Account, $7,300 into the BofA Account, and $7,000 into JPM Account 1. | $21,300 |
| TEN | 1/31/2012 | Deposits of $8,200 into the BofA Account, and $9,300 into JPM Account 1. | $17,500 |
| ELEVEN | 2/6/2012 | Deposits of $6,600 into the BofA Account, and $8,200 into JPM Account 1. | $14,800 |
| TWELVE | 2/13/2012 | Deposits of $8,200 into the BofA Account, and $5,000 into JPM Account 1. | $13,200 |
| THIRTEEN | 2/24/2012 | Deposits of $5,000 into the UB Account, $8,800 into the BofA Account, and $8,000 into JPM Account 1. | $21,800 |
| FOURTEEN | 3/1/2012 | Deposits of $8,400 into the BofA Account and $4,000 into JPM Account 1. | $12,400 |
| FIFTEEN | 3/2/2012 | Deposits of $4,000 into the UB Account and $7,200 into the BofA Account. | $11,200 |
| SIXTEEN | 3/8/2012 | Deposits of $9,200 into the BofA Account and $4,000 into JPM Account 1. | $13,200 |
| SEVENTEEN | 3/14/2012 | Deposits of $8,800 into the BofA Account and $3,800 into JPM Account 1. | $12,600 |
| EIGHTEEN | 3/23/2012 | Deposits of $3,900 into the UB Account, $6,000 into the BofA Account, and $3,900 into JPM Account 1. | $13,800 |
| NINETEEN | 3/29/2012 | Deposits of $7,480 into BofA 3817 and $8,900 into JPM Account 1. | $16,380 |
| TWENTY | 4/4/2012 | Deposits of $9,400 into the BofA Account and $5,000 into JPM Account 1. | $14,400 |

3

| TWENTY-ONE | 4/13/2012 | Deposits of $4,000 into the UB Account, $8,640 into the BofA Account, and $4,000 into JPM Account 1 | $16,640 |
|---|---|---|---|
| TWENTY-TWO | 1/9/2013 | Deposits of $9,100 into the BofA Account and $3,600 into JPM Account 2. | $12,700 |
| TWENTY-THREE | 1/10/2013 | Deposits of $9,000 into the BofA Account and $3,600 into JPM Account 2. | $12,600 |
| TWENTY-FOUR | 1/11/2013 | Deposits of $9,000 into the BofA Account and $3,600 into JPM Account 2. | $12,600 |
| TWENTY-FIVE | 1/14/2013 | Deposits of $8,340 into the BofA Account and $3,500 into JPM Account 2. | $11,840 |
| TWENTY-SIX | 1/15/2013 | Deposits of $7,400 into the BofA Account and $3,300 into JPM Account 2. | $10,700 |
| TWENTY-SEVEN | 1/16/2013 | Deposits of $9,600 into the BofA Account and $3,500 into JPM Account 2. | $13,100 |

///

///

///

///

///

///

///

///

///

///

///

///

4

| TWENTY-EIGHT | 1/17/2013 | Deposits of $9,100 into the BofA Account and $3,500 into JPM Account 2. | $12,600 |
|---|---|---|---|
| TWENTY-NINE | 1/22/2013 | Deposits of $9,500 into the BofA Account and $3,600 into JPM Account 2. | $13,100 |

A TRUE BILL

/S/
Foreperson

EILEEN M. DECKER
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

KEVIN M. LALLY
Assistant United States Attorney
Chief, Organized Crime Drug
   Enforcement Task Force Section

BENJAMIN R. BARRON
Assistant United States Attorney
Deputy Chief, Organized Crime
   Drug Enforcement Task Force
   Section