SHERMAN & SHERMAN
VICTOR SHERMAN (SBN 38483)
2115 Main Street
Santa Monica, California 90405
Telephone: (310) 399-3259
Facsimile: (310) 392-9029
Email: ssvictor@aol.com

Attorney for Defendant
WASHINGTON BRYAN, II

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR-16-320-RGK |
| Plaintiff, | ) ) ) | **DEFENDANT'S OBJECTIONS TO PSR AND SENTENCING POSITION; EXHIBITS** |
| v. | ) ) | |
| WASHINGTON BRYAN, II | ) ) | Date: February 21, 2017 |
| Defendant. | ) ) ) | Time: 10:30 a.m. Court: Hon. R. Gary Klausner |

Defendant WASHINGTON BRYAN, II, by and through his counsel of record, submits his Objections to the Presentence Report and Position Regarding Sentencing Factors, with Exhibits.

Defendant reserves additional argument at the sentencing hearing in this matter.

Date: February 7, 2017             Respectfully submitted:


                            By    ___/s/_____
                                  VICTOR SHERMAN
                                  Attorney for Defendant
                                  WASHINGTON BRYAN, II

1

# I.

## OBJECTIONS TO PRESENTENCE REPORT

The defendant objects to the loss amount calculated in the PSR and specifically takes issue with paragraphs 13 and 19, which use all of Dr. Bryan's cash deposits to conclude that he structured $1,271,213.  It is not a crime to make cash deposits, and the deposits that were charged and found to have been structured amounted to $439,860 over the time period from 2011to 2013.  PSR at ¶¶ 11-12.  The PSR adds an additional uncharged $831,353 on the apparent ground that these were "additional cash deposits."  PSR ¶ 13.

There is no legal basis to add additional cash deposits that have not been shown to have been structured.  These were nothing more than ordinary deposits, which cannot be used to adjust Dr. Bryan's offense level.  The difference is between an increase of 12 or 14 to the defendant's offense level.  Dr. Bryan believes that the increase should be no more than 12 for the deposits that the jury found to have been structured.

Thus, his total offense level should be 18, not 20, as calculated by the Probation Officer.  PSR ¶ 28.

# II.

## DR. WASHINGTON BRYAN'S PERSONAL HISTORY AND CHARACTERISTICS SUPPORT A MITIGATED SENTENCE

In *Gall v. United States*, 552 U.S. 38 (2007), the U.S. Supreme Court advised that in addition to considering the Guidelines, the "district court should…consider all of the 3533(a) factors to determine whether they support the sentence requested by a party…  [The court] must make an individualized assessment based on the facts presented."  *Id*. at 49-50.

Furthermore,  "'[i]t has been uniform and constant in the federal judicial tradition for the sentencing judge to consider every convicted person as an individual and every case as a unique study in the human failings that sometimes mitigate,

sometimes magnify, the crime and the punishment to ensue.'" *Pepper v. United States*, 562 U.S. 476, 487 (2011) (quoting <u>Koon v. United States</u>, 518 U.S. 81, 113 (1996)).  The Supreme Court has found that "[u]nderlying this tradition is the principle that 'the punishment should fit the offender and not merely the crime.'" *Id*. at 487-88 (quoting *Williams v. People of the State of New York*, 337 U.S. 241, 247 (1949).  The Supreme Court "emphasized that [h]ighly relevant – if not essential – to the selection of an appropriate sentence is the possession of the fullest information possible concerning the defendant's life and characteristics." *Id*. at 488.

The following social history information is presented to the Court in fulfillment of 18 U.S.C. §3661, which states that "no limitation shall be placed on the information concerning the background, character and conduct of a person convicted of an offense."  It incorporated excerpts of letters that were written on Dr. Bryan's behalf and are incorporates in full as an exhibit to this memorandum.  What emerges is an individual whose background, perseverance and service to the community deserve substantial consideration at his sentencing.

A.    *Family Background*

Washington Bryan, II's father, Washington Bryan, I, was born in Jamaica in 1946 where his family lived in in a small city near the capital city of Kingston.  He came to the United States as a young man and attended Dillard University, a private, largely black, university in New Orleans, where he majored in computer science.  He then served in the military in Vietnam, after which he re-enlisted for two more tours of duty.  After working for a few years as a computer programmer in New York City, he attended medical school and did his obstetrics-gynecology Residency on the G.I. Bill.  He currently resides in New Orleans with his second wife, Valencia Bryan.

Washington's mother, Joann Meeks Bryan, was born in New York City in 1948.  After high school, she attended Vanderbilt University in Nashville, Tennessee where she majored in Education.  She then studied Art Therapy and Psychology at

Tulane University in New Orleans, after which she worked as an Art Therapist. Joanne is now retired and lives in Harvey, Louisiana, south of New Orleans.

During his formative years, Washington was greatly influenced by his grandfather, Clifford Bryan, Ph.D. Originally a licensed pharmacist in Jamaica, Clifford Bryan came to the United States to further his education.  He was the first family member to attend Dillard University and the first black person in America to obtain a Ph.D. in genetics.  Dr. Bryan's father, Washington G.B. Bryan, Sr. M.D. writes to the Court:

> My father…Dr. Clifford R. Bryan was the youngest pharmacist in Jamaica, taught by his older brother Allan who was the chief pharmacist for the island.  Back then pharmacists made diagnoses, mixed and administered medications and even did tooth extractions.  Daddy came to this country intending to become a medical doctor.  He read one book in Genetics, loved it, and knew this was the field for him.  He was an adult when he came to this country and he completed college at Howard University and got his Ph.D. from the University of Wisconsin-Madison.

After completing his studies, Clifford returned to New Orleans where he taught biology at Dillard and later became an academic dean.

Joann gave birth to Washington in 1968, followed by his younger brother Trevor one year later. Dr. Bryan's youngest brother Clifford was born in 1972. Trevor is employed as a Nurse and resides in Harvey, Louisiana.  Clifford works as a caregiver and lives with Joann in Harvey.

A.    *Childhood; Community-Based Activities*

Washington Bryan was born on March 11, 1968.  He attended kindergarten through the second grade in New York City, after which his family moved to

Nashville, Tennessee where he completed elementary school.  When he was 12, his family moved to New Orleans.   Washington recalls:

> We lived in an old wooden house in the Goretti Park
> area.  This was the 9th Ward in New Orleans East.  By now
> my father was in medical school.  Because our local
> schools were weak my parents arranged to have me bused
> to Francis W. Gregory Junior High in the 7th Ward near
> Dillard University where I later attended college.
>
> After school I spent an hour a day, five days a week,
> volunteering with the Goretti Park clean-up crew.  A lot of
> us neighborhood kids pitched in.  If we didn't, we wouldn't
> have a park to play in on the weekends. I played defensive
> end and linebacker on the park football team.

In addition to managing his own law firm, Washington's paternal uncle, Trevor G. Bryan, served on numerous legal boards and as Judge Pro Tempore on the Louisiana Fourth Circuit Court of Appeal.  Trevor Bryan writes:

> I knew Wash as a happy youngster who participated
> actively in sports at all levels.  He was an outstanding
> athlete in both football and basketball.  He played on the
> Goretti neighborhood team before entering high school.
> My parents and I would attend the games he played in and
> cheer him on

Washington's paternal aunt, Marguerite Bryan, Ph.D., is a professor in the Department of Justice and Human Services at Nova Southeastern University (NSU) in Florida.  She writes to the Court:

> Wash was always polite and respectful to me.  As a
> child, he was very smart and in conversations I had with

him.  I was impressed with his curiosity and knowledge about things…

I also found him to be helpful in family matters.  If there was a situation where I wanted him to talk to his brothers about any shortcomings as I saw it, he would do that.  I found him to be a reliable conduit to reaching out to his younger brothers to chastise or reprimand or beseech them in terms of their attitudes or behavior.  He was the "grown-up" or "adult" among them.

Washington's father, Dr. Bryan, Sr. writes:

He [Washington] had to mature very quickly because he often had to function as a father and mother to his two younger brothers.  I did not find out until my final year in residency that he would sometimes have to come home and cook supper for his siblings because his mother, at that time, was significantly impaired.  He also helped them with their homework while also doing his.  He was able to go to football practice, basketball practice and still maintain his grades.  He had become very close to his grandfather and they would talk science during their spare time.

From age 6 to 18 Washington served as an acolyte at St. Luke's Episcopal Church where his grandfather Clifford Bryan taught Sunday School.  Washington's duties included serving as a candle holder, a book holder and an incense carrier.

After completing junior high school, Washington attended Benjamin Franklin High School where he excelled academically and earned varsity letters in football, basketball, and track.  He also played trombone in the school band.

Trevor Bryan describes what his nephew was like at that time:

> Wash was a bright and conscientious student and on the basis of his academic achievement was admitted to Benjamin Franklin High School, the best academic high school in the State of Louisiana.  He continued to play sports at that school and was an outstanding football player, playing both defense and offense.  What impressed me about Wash was that even at that early age he was goal-directed and more mature than young men of his age.

Recalling these years, Washington states:

> In high school, I was part of a group that gave talks to inner city junior high school kids several times a year.  We knew we were lucky to be attending an excellent high school and wanted to do what we could to help out less fortunate students. At these talks, we stressed the need to study hard so that you could go to college.
>
> I was also part of a Junior Achievement group that gave presentations at various junior high schools.  Here we would simulate businesses in action.  Our purpose was to encourage inner city kids to develop entrepreneurial ambitions in the hope they would one day have their own businesses.

In order to earn spending money, Washington delivered newspapers from age 12 through 16.  After that he spent two years working part-time at a restaurant.

C.   *College; Further Community Involvement*

Based on his football prowess, during his senior year in high school, Washington was offered football scholarships by USC, Tulane, and Notre Dame. Rather than accepting one of these offers, Washington chose to relinquish the joy of playing the sport he loved.  Instead, he chose to follow in his father and grandfather's

footsteps and, with the help of a Howard Hughes and a Presidential Scholarship, majored in chemistry at Dillard University.  During his senior year at Dillard, Washington was elected Student Body President.

Trevor Bryan writes:

> My father [Clifford Bryan, Ph.D.] instilled in Wash a love for science and research.  When he graduated from high school he enrolled in Dillard University…and immersed himself in science.  I had many discussions with Wash during that time and got the impression that he was seriously considering a career in science research.
>
> [E]ven though he gained a lot of popularity and acclaim from being a football star, when he decided it was cutting into his academic life, he gave it up without prompting from any adult.  This really impressed me at the time…. His focus on academics did not make him an egghead or… reclusive.  He continued to be involved in school activities and remained quite popular with his classmates.

At Dillard, Washington joined the Alpha Phi Alpha fraternity.[1]  His work included serving as a math and science tutor to high school students to help them prepare for college. Washington also helped Alpha Phi Alpha put on car washes and

---

[1] Alpha Phi Alpha was founded in 1906 at Cornell University by Charles Cardoza Poindexter.  It was the first African American, inter-collegiate Greek-lettered fraternity in the United States. It addresses social issues such as apartheid, AIDS, and urban housing and conducts philanthropic programming initiatives with March of Dimes, Head Start, Boy Scouts of America, and Big Brothers, Big Sisters of America.  Members of Alpha Phi Alpha include Jamaican Prime Minister Norman Manley, Nobel Prize winner Martin Luther King, Jr., Olympian Jesse Owens, Supreme Court Justice Thurgood Marshall, United Nations Ambassador Andrew Young. and singer Lionel Richie.

other events to raise funds for textbooks for students in need.  In addition, he served as a Big Brother for several teenage boys in need of guidance.

Dr. Bryan's stepmother, Valencia Malveaux Bryan, M.D. states:

> I have known Washington Bryan, II for the past 25 years.  I first met him when we were attending college at Dillard University… He was the University Student Representative at the time and later became the Student Government President.  In his free time he mentored and tutored students, and still managed to graduate cum laude.

During these years, Washington also worked with the EPA as part of a wetlands protection project.  He and others in his group would take water samples, which were then analyzed to detect oil contamination.  Washington was also a member of MBRS (Minority Biomedical Research Support) group.  During his last two years at Dillard, Washington worked in chemical quality control laboratories at CAI Industries.

D.   *Medical School; Additional Community Involvement*

After earning his chemistry degree, in the fall of 1990, Washington was accepted into the Louisiana State University (LSU) School of Medicine in New Orleans.  Washington's father, Dr. Bryan, Sr. writes:

> He scored in the 98th percentile on the MCAT and had his choice of numerous medical schools.  I advised him that if he was not interested in academic medicine then there was no particular benefit to going to a Harvard, Yale University or The University of Connecticut and that his hometown School, Louisiana State University Medical School, where he would train with some of the people he had known most of his life, would serve him well…

Washington completed Medical School in 1994.  He then completed his internship at LSU followed by a one-year Orthopedic Surgery Fellowship, also at LSU.  While serving his internship, Dr. Bryan worked in the HIV ward at Charity Hospital in New Orleans.  He recalled in an interview:

> These were busy years.  LSU School of Medicine has a long history of serving the surrounding communities. One area that I found especially rewarding was volunteering with the Office of Minority Affairs. Once a month we would go out in the community, wearing scrubs and stethoscopes to talk to the young people.  We would set up at Health Fairs and at schools and colleges. Generally speaking, most kids don't mind listening to a doctor, especially if it's not in an office setting.  The younger kids would sometimes even bring us apples.

Dr. Bryan also did volunteer research a few hours a week during the school year and nearly full time in the summer at a laboratory dedicated to helping amputees and paraplegics.

E.   *Residency and Fellowship in California; Ongoing Community Involvement*

In 1997, Dr. Bryan was accepted into the Medical Residency program at Charles Drew Hospital and Martin Luther King, Jr. Outpatient Center in South Los Angeles.  His specialty was Anesthesiology.

While completing his residency, Dr. Bryan once again participated in community outreach.  He and the other residents spoke to elementary school children interested in health care related careers at schools throughout the Los Angeles area.

After completing his residency, Dr. Bryan spent a year completing a Pain Management Fellowship at the prestigious UCI Medical Center in Orange County. The UCI program was one of the first in the country to provide education in

10

Integrative Medicine, including Acupuncture, which Dr. Bryan found fascinating and ultimately incorporated into his private practice.

Dr. Bryan has also completed a Medical Acupuncture for Physician's Program at Helms Medical Institute in Tempe, Arizona.  In recent years, he completed an Acupuncture Program at the Neil R. Gumenick Institute of Five-Element Acupuncture in Santa Monica, California.  In 2015, he was enrolled at Emperor's College in Santa Monica where he worked on a Master's degree in Chinese Medicine.  Due to his pending case, he has taken a leave of absence from the Emperor's College program.

F.   *Medical Practice; Continuing Community Involvement*

Dr. Bryan started his medical practice in 2001.  For the first several years, he worked in conjunction with Centinela Hospital and Martin Luther King Hospital primarily in anesthesiology and pain management.  As his private practice grew, he gradually phased out his hospital work and focused on office visits. Over the years, in addition to his work in pain management, he has focused on HIV care.  Many of his patients come from West Hollywood and South Los Angeles, both of which are areas where there is a high incidence of HIV.  Many of these patients are extremely sick.  Some arrive at his office in wheelchairs; others walk with difficulty.  Many are elderly and frail.  It is clear that these patients depend heavily on Dr. Bryan's kind and conscientious care.

Dr. Bryan's wife, Karla Dosamante, serves as his office manager and handles many of the everyday tasks that allow Dr. Bryan to focus on patient consultations.  With Dr. Bryan's interest in learning more about medicine, the breadth of his practice has expanded.  In addition to the three cornerstones of his practice – weight loss, acupuncture and pain management and anesthesiology with a focus on treating HIV patients, Dr. Bryan also treats patients with addiction issues and provides hospice/palliative care.  Newer specialties include laser therapy, as an adjunct to both pain management and weight loss, nutritional care, and motivational consultation.

The doctor is an eternal student and will likely further expand his medical practice in the years to come.

G.    *Letters from Individuals Familiar with Dr. Bryan's Medical Practice*

Dr. Bryan's younger brother Trevor D. Bryan works as a registered nurse and serves as a volunteer in the Louisiana State Department of Corrections Chaplaincy Office.  Trevor relates:

> In September 2005, while a homeless Hurricane Katrina survivor trying to support my family in Atlanta, I was diagnosed with a brain tumor.  When I called Wash to tell him of my bad news, he comforted me and went right to work researching my condition.  In Virginia, [h]e found the only specialist…to have successfully performed the surgery that I needed.  The specialist informed us that he had just finished teaching an intensive course on his procedure at Emory University in Atlanta.  Within weeks, that specialist and his most proficient pupil (the head neurosurgeon at Emory University) reviewed my diagnostics and performed my surgery.  Wash was there for the preoperative appointment, the long invasive surgery, right through to the postoperative appointment.  Knowing the unsanitary conditions that still existed in New Orleans post Katrina, Wash insisted on my recuperating at his house….
>
> In 2010, I fell sick and again.  He proceeded to get me a specialist for my condition.  Most physicians have never seen a case of Mirizzi's Syndrome, a condition that often calls for emergency surgery.  In New Orleans, I suffered in the hospital for 10 days while my admitting MD

could not figure out why my liver was dying.… Our priest
came to the hospital to give me Holy Unction and my last
rights.  Just as the priest was completing the ritual, Wash
called and asked the New Orleans MD to send my images
and labs to a specialist in Los Angles.  Immediately, she
recognized my rare condition and informed the MD of a
stabilizing treatment.… By day twenty, I was in LA and
headed directly to the specialist for emergency surgery.

Having gone through that experience of shopping for
the right MD twice, I see why so many people from near
and far, who have the worst imaginable pain, seek out
Wash for treatment.… [N]early all of Wash's patient load
is comprised of individuals that other doctors have not the
expertise to treat.  Seeing the constant studying and the
energy that Wash exerts on behalf of his patients, it is no
wonder that he is considered one of the foremost Pain
Management Specialists in the United States.…

Tory (Ariel) Jackson has been treated by Dr. Bryan for the last 13 years. She
writes:

I have AIDS (Acquired Immune Deficiency
Syndrome) and have been diagnosed in 1998.  I started
seeing Dr. Bryan since 2003 after being referred to him by
a friend and at that time I had 5 t-cells and viral load was
high.  I was not far from death.  I could not walk due to
neuropathy, nervous damage to my hands, legs and feet.

Over the past years, I am now undetectable and I am
walking normal.  He is an excellent doctor and I will say he
has been a savior to my life.  Because of him I live today…

13

Dr. Bryan is very caring and has given me the best care ever…

Dr. Bryan has been treating James Williams for over ten years for HIV related Neuropathy.  Mr. Williams writes:

Doctor Bryan has been a compassionate and caring provider for me during the time that he has been my doctor, I don't believe I would be able to work if I were not being treated by him for my chronic pain.  Doctor Bryan has been attentive and available to me whenever I need him including after-hours phone calls and last minute appointments.  I would like to plead for compassion with his sentence he has a wife…that he is the provider for as well as many patients that have been depending on him for care for many years like myself.  Please take into account that Doctor Bryan has never been in trouble in the past, I believe he can be punished without sending him away to prison.

Dr. Bryan's long-time patient Mark Dickerson adds:

I first met Dr. Bryan a dozen years ago and was referred to him by the late Dr. Ross in Mission Viejo, CA who spoke very highly of Dr. Bryan.  I suffer from debilitating shoulder pain and Dr. Bryan has been counseling me on any and all options available to minimize the effects on my daily life.  My life is better due to his help.  Most recently, we have successfully tried acupuncture and, in the last year, my most recent improvement has come from the loss of 32 pounds following his diet and exercise program.

1      Over the years, in addition to the incredible

2      improvements which I have experienced, I have met, in the

3      waiting room, dozens of other patients who have shared

4      their stories about how Dr. Bryan has improved their lives.

5      I hope that Dr. Bryan is able to continue his

6      compassionate work as I am convinced, from my personal

7      experiences, he deserves to be able to provide for [Karla],

8      his wife, and continue his work for the hundreds of people,

9      including me, relying on him.  I know that Dr. Bryan is a

10     good man.

11 Paula Harden is a missionary and former broadcast engineer.  Ms. Harden

12 writes to the Court:

13     My relationship began with Dr. Bryan over 7 years

14     ago, merely taking a friend for a doctor's appointment.  Dr.

15     Bryan seemed so compassionate with my friend.  I later

16     found out that was truly his demeanor.  My friend has been

17     a difficult patient for many years, but Dr. Bryan was the

18     first doctor that knew how to address his true problems

19     which after tests needed a lot of care…  I later found how

20     he worked with HIV patients…  Dr. Bryan is truly a

21     valuable asset to this community.  There was a homeless

22     man that Dr. Bryan helped assist in getting him off the

23     streets, took the time to listen to him, after that the man

24     moved into a family member[']s home.  Then Dr. Bryan

25     assisted in helping him get to a medical bed.  This man had

26     been sleeping in his mobile chair for the last two years.

27     Your Honor he is truly a very conscientious and

28     compassionate physician….

15

Then one day, I was there with my friend and he asked how was I, being a cancer survivor, which he did not know and it had surfaced again in a different form.  He has been there for me during this time.  I am truly grateful for this physician and friend.  Knowing so many physicians since the diagnos[is] on 2008, I can say with sincerity he is tremendous, and a very needed physician.

In her letter, Dr. Bryan's stepmother, Valencia Bryan, M.D., reports:

While there are a lot of physicians who are comfortable in prescribing pain medication to treat acute pain, few are comfortable treating chronic pain and addiction…  It is this small subset of patients that physicians should refer to a specialist like Washington, who has the education, knowledge, skills, and ability, which is validated by his board certifications in multiple specialties all with a focus on caring for patients with pain…  He is the very definition of a super-specialist.  Just like the cardiovascular surgeon who cars for… only the sickest hearts, Wash cares for only the sickest patients with pain.

In my own personal practice, I have had to call on Wash in California for help in managing a patient here in New Orleans…  A heroin addicted, obstetrical patient with severe preeclampsia who was admitted to the hospital unreferred… exhibited signs of moderately-severe acute heroin withdrawal within 8 hours after she delivered the baby.  The patient was unable to safely take medications by mouth because of her rapid breathing pattern, which

quickly deteriorated requiring intubation and ventilator assisted breathing…

I called Wash for his help when not a single physician or pharmacist in the hospital could assist me in starting the patient on a continuous IV Methadone drip. Apparently, there had not been a need to do so in the previous 3 years for any patient…  After listening to a brief case history…Wash was able to quickly give me precise instructions for ordering and titrating IV Methadone for the patient.  The patient's condition improved significantly within 24 hours and she was able to be safely taken off of the ventilator and transferred from ICU at 72 hours…

James W. Blunt adds:

I have known him for what seems to be a lifetime; in that time I have seen him work and go the extra mile for his patients…  Dr. Bryan is a good man and this has been obvious to myself and others who are lucky to come in contact with him. He tremendously helped me get through one of their hardest health scares in my life.

He has always been an outstanding citizen who takes part in medical missions and who has repeatedly served in the past as a medical consultant for non-profit health organizations. As a physician, he has helped numerous people recover from various kinds of illnesses, not just by closely following standard medical procedures but by personally getting to know his patients and their families so he could learn of the best ways an individual patient can get well.

17

Dr. Bryan's long-time patient Bernard Heath, Sr. writes to the Court:

> I, Bernard Heath Sr.., have been a patient of Dr. Bryan's for over six years for pain management. I have done very well under his care. His physician conduct has been very professional and I have received optimum treatment. The consensus of fellow patients I have come in contact with is consistent with my experiences. Continued loss of his services would be a disservice to the community of patients he treats with chronic pain disabilities.
>
> In a world where compassion and respect for those with physical challenges is often overlooked, Dr. Bryan is an asset. I believe that whatever challenges he dealt with in the face of adversity has been a lesson learned. I would hope that he would not be los[t] to our community…

Marguerite Bryan, Ph.D., relates:

> I see Wash's contribution to the community as being in treating patients directly using an interrelated array of techniques to address pain. … [H]e has a passion for the field of pain management in all its dimensions.… [H]e is conscientious and very sensitive and responsive to the various needs of his patients.…
>
> I often asked his advice on cures for arthritis pain, which I developed long before becoming a senior citizen. He was very informative and took time to explain to me various medications and their positive and negative features. I appreciated his advice in these areas… and found his advice to be very beneficial to me.

18

Mitchell W. Griner, D.C. rents office space from Dr. Bryan.  He writes:

> I first met Dr. Bryan in…early 2011.  He presented himself to me as the new owner of the office suite I have been leasing for over 36 years.  From the first few moments of meeting Dr. Bryan, I knew I was conversing with a caring human-being.  When I have consulted with him about my patients over the years he has been caring, conscientious, and generous in every way, including… never charging for these consultations.
>
> On a specific occasion in March of 2015 my daughter was injured by an irresponsible and grossly negligent individual…. She was hospitalized for over three weeks.  Dr. Bryan was always available and helpful to my daughter and our family.  More importantly, without my scheduling an appointment, he reviewed her X-rays and told me she would eventually be fine.  This was a huge relief for myself and my family coming from a non-compensated, knowledgeable, and compassionate medical professional….
>
> I feel that the community, and society as a whole, would be best served and rewarded by Dr. Bryan being permitted to continue to treat patients with dedication and compassion, instead of being incarcerated.

Victoria Findlater also rents office space from Dr. Bryan.  She writes:

> As a landlord, and a new resident in the building as well, he immediately began upgrading the building with more efficient lighting, better ceilings and floors, new window ultraviolet protection, heating and cooling units,

security system, better door locks, secure mailboxes, and parking lot improvements…

He would show me his new obesity clinic equipment… the extra-large exam chair or the state of the art imaging machines…  My office is on the upper floor overlooking the parking lot.  Dr. Bryan's concern with keeping our parking lot clean and available only for his tenants and patients is one of his priorities.  I admire that quality… because his patients – as I often see out my window – are mostly struggling to walk.  They are sometimes older people, frail and walking with canes, or heavy set and slow.  I believe he treats people fairly and with the concern of a family member and friend.

During his years of private practice, Dr. Bryan has participated regularly in West Los Angeles Health Fairs at which he and the other physicians do blood pressure and sugar level checks.  He has made periodic donations to various medical organizations.  In addition, he has done pro bono work at an A.A. affiliated addiction center in Long Beach, California and has performed acupuncture free of charge for veterans at his medical office.  He had also examined the children of patients with severe disabilities on a pro bono basis.

Dr. Bryan has also been a member of the Century City Rotary Club and the UCLA Chamber of Commerce.

H.    *Marriage and Relationship with Family*

Dr. Bryan and his wife Karla Dosamante reside at 201 Veteran Avenue in Westwood.  Dr. Bryan was introduced to Karla by her older sister who formerly worked in his medical office.  At that time, Karla still lived in Mexico.  For the first year, Dr. Bryan and Karla engaged in a long distance courtship and the doctor flew

to Mexico frequently to spend weekends with her.  After a year or so, Karla relocated to Los Angeles.  She and Dr. Bryan were married on April 11, 2009.

Yunuen Garcia is an aspiring lawyer on Mexico.  She relates:

> I have known Dr. Bryan for about four years; he is the husband of Karla Dosamante who is my sister-in-law. We have spent time together and I can express with confidence that Dr. Bryan's attributes include that he has been a faithful husband who is committed to his family. He is affectionate and charitable, always ready to help out not only his consanguineous family but also his extended family and in-laws, and always honest and hard-working.

Karla's sister, Lolita Dosamante, Martinez adds:

> Dr. Bryan is the husband of my youngest sister and I've known him for nine years.  In spite of the distance, he has joined our family and earned our affection and respect for being a hardworking, honest, respectful, honorable person and above all for the enormous love and respect he gives to my sister.

Jorge Dosamante states:

> I would like to share with you that I have known Dr. Bryan for eight years since he is the husband of my sister Karla Dosamante. I have a close relationship with them and I can say that Dr. Bryan has conducted himself during the time I've known him as a cheerful, integral, reliable and honorable person, with whom you can count on at any time as he is always looking out for the well-being of the family.

Dr. Bryan's uncle, Trevor Bryan, Ph.D. writes:

21

Another trait about Wash that I observed and admired was his sense of responsibility to members of his family.  I remember him taking off from a busy schedule in school to help my father and brother man a booth at the New Orleans 1984 World's Fair.…  Upon his mother's divorce from his father, Wash would make sure to attend to every need of his mother financially and personally.…  When one of his brothers had a serious health issue he was there to provide support and comfort.…  He actively embraces our Jamaica family attending several family functions in Jamaica…

Marguerite Bryan, Ph.D. adds:

I know him to be very caring of his parents and his brothers.  He took time away from his busy practice some time ago to assist his younger brother in a personal crisis his brother was going through.  If it wasn't for the presence of Wash, I don't think his brother would have gotten through the crisis, which he did.  Wash is looked up to as a very successful big brother by his two younger brothers.  So, if Wash gives advice… to them, this is very influential.…  Sometimes siblings listen to their siblings more than to their parents or older relatives.

Dr. Bryan's father adds:

Since [J]unior has been married, my wife and myself and he and his wife have taken vacations abroad together.  On these trips, we carry IV fluids, needles and tubing to start an IV.  Due to a genetic condition, that first manifested itself when I was a[n] adult, I get deathly ill if I

1
2
3
4
5

don't receive quick IV fluid hydration.  Junior is with me
not only for companionship but also to start resuscitation
efforts if I get dehydrated by staying out in the sun too long
or get physically or mentally stressed out.  His help has
been invaluable…

6

### III.

7

### SENTENCING RECOMMENDATION

8
9
10
11
12
13
14
15

Whether it was cleaning up his local neighborhood park while still a young
boy, or going to out into the community while in high school and college to speak to
underprivileged children about the need to study hard and stay in school, or serving
at Health Fairs in Los Angeles, or providing compassionate care to his patients, Dr.
Bryan has always been first in line when it's time to lift a hand to help others.  A
good example of his dedication is that he was so determined to attend an obesity
seminar in downtown Los Angeles on January 21 that he found a way to the seminar
despite the massive crowds gathered for the Women's March.

16
17
18
19
20
21
22
23
24
25
26
27

Dr. Bryan had continued to serve his patients and the community with
patience and compassion throughout the pendency of the charges against him.  While
other defendants become paralyzed under the stress of a federal prosecution, Dr.
Bryan has maintained continuity of care for his approximately 150 patients, many of
whom have been seeing him for more than a decade.  The majority of these patients
are extremely ill.  Some are cancer patients and others are HIV survivors, some of
whom would not be alive were it not for Dr. Bryan's learned and compassionate
care.  In many instances, Dr. Bryan serves patients who would otherwise struggle to
find skilled and appropriate medical care.  With his background in integrative
medicine, Dr. Bryan draws from a variety of protocols in order to give his patients
the best possible care.  If Dr. Bryan were to be sentenced to a term of imprisonment,
the Los Angeles medical community would suffer a significant loss.  Many of his

28

patients would find that he is irreplaceable, which would cause them to suffer needlessly.

With this in mind, Dr. Bryan has a role in the community that is irreplaceable. While it is understood that Dr. Bryan will be sentenced as the Court deems appropriate, a sentence of probation or home confinement will allow continuity of care for the patients who depend on him.  During this period he could also perform community service, which is something that he excels at.  Dr. Bryan has always sought ways to better accomplish himself and use the skills he has acquired to benefit others.  He has an earnest desire to be of service.  The appropriate sentence, with whatever safeguards the Court deems sufficient, would enable Dr. Bryan to continue serving his patients, thereby allowing him to be of service while he repays his debt to society.

## CONCLUSION

For the foregoing reasons, a sentence of probation or home confinement, with conditions, would best serve the public's interest.

Dated: February 7, 2017                    Respectfully submitted,


By:      /s/
         VICTOR SHERMAN
         Attorney for Defendant
         WASHINGTON BRYAN, II