CLEAR FORM

Name Victor Sherman, Esq. (SBN: 38483)
Address 11400 W. Olympic Bl., Suite 1500
City, State, Zip Los Angeles, CA 90064
Phone (310) 399-3259
Fax (310) 392-9029
E-Mail ssvictor@aol.com

☐ FPD ☐ Appointed ☐ CJA ☐ Pro Per ☒ Retained

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America, PLAINTIFF(S), v. Washington Bryan, DEFENDANT(S). | CASE NUMBER: CR 16-320-RGK |
| | **NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that Washington Bryan hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☒ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on March 6, 2017. Entered on the docket in this action on March 8, 2017.

A copy of said judgment or order is attached hereto.

March 9, 2017
Date

/s/Victor Sherman
Signature
☐ Appellant/ProSe ☒ Counsel for Appellant ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).